FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI EICHLER, an unmarried individual, for herself and as Legal Guardian of RYDER THALHEIMER, an adult individual with diminished capacity,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, THE TRANSPORTATION SECURITY ADMINISTRATION, MARCIA CATES-WRIGHT, an individual,<br><br>　　　　　Defendants. | No. 1:22-CV-03175-SAB<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS, AS MOOT** |

　　　Before the Court is Defendants' Motion to Dismiss, ECF No. 4. Plaintiff is represented by Amy Craft. Stephan Yhann, and William Pickett. The United States is represented by Molly Smith and Joseph Derrig. The motion was heard without oral argument.

　　　Plaintiff filed their Complaint on November 14, 2022, ECF No. 1. On January 17, 2023, Defendants filed their Motion to Dismiss. In response to the Motion to Dismiss, Plaintiff filed an Amended Complaint, ECF No. 6. As such, Defendant's Motion to Dismiss is now moot. The Court will deny the motion with leave to renew.

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS, AS MOOT** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss, ECF No. 4, is **DENIED**, as moot and with leave to renew.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 6th day of February 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS, AS MOOT ~ 2**